### RODGERS *v.* BLACK.

*Lumpkin, J.*—A refusal to grant a new trial on the general grounds that the verdict was contrary to law and the evidence, will not be reversed when it appears that the evidence offered by the prevailing party, though decidedly in conflict with that introduced upon the other side, was sufficient to support the verdict.
                                   *Judgment affirmed.*

June 8, 1896.  By two Justices.  Argued at the last term.

Distress warrant.   Before Judge Butt.   Muscogee superior court.   May term, 1895.

*C. J. Thornton*, for plaintiff in error.   *Miller, Wynn & Miller* and *W. H. & E. R. Black*, contra.